UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MENDOZA-GRADO,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN MATEO COUNTY,<br><br>    Defendant. | Case No. 24-cv-09227-AMO<br><br>**ORDER DISMISSING CASE** |

On November 3, 2025, the Court granted Defendant San Mateo County's motion to dismiss. Dkt. No. 25. The November 3 Order dismissed pro se Plaintiff Victor Mendoza-Grado's claim under 42 U.S.C. § 1983 with leave to amend and dismissed his malicious prosecution claim without leave to amend. The Order also permitted Mendoza-Grado to file an amended complaint within 30 days. To date, no amended complaint has been filed. Accordingly, Mendoza-Grado's Section 1983 claim is hereby **DISMISSED WITHOUT PREJUDICE**. The malicious prosecution claim remains **DISMISSED WITHOUT LEAVE TO AMEND** as set forth in the Court's November 3 Order.

**IT IS SO ORDERED.**

Dated: January 9, 2026

                                            **ARACELI MARTÍNEZ-OLGUÍN**
                                            **United States District Judge**